# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **8:07CR365** |
| **vs.** | ) | |
| | ) | **ORDER** |
| **RAUL SANCHEZ-RIOS,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the court on the motion [22] of James J. Regan for leave to withdraw as counsel for the defendant.  Substitute counsel, Bassel El-Kasaby, has entered an entry of appearance [21].

**IT IS ORDERED:**

1.   The Motion to Withdraw [22] is granted, and the appearance of James J. Regan is hereby deemed withdrawn.

2.   The Order Setting Motion Hearing [20] set in this case remains in effect.

**DATED November 29, 2007.**

**BY THE COURT:**

**s/ F.A. Gossett**
**United States Magistrate Judge**