# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | 8:07CR365 |
| RAUL SANCHEZ-RIOS, | ) ) | **SCHEDULING ORDER** |
| Defendant. | ) ) | |

　　IT IS ORDERED that the following are set for hearing on **April 21, 2008** at **3:00 p.m.** before Magistrate Judge F.A. Gossett, Courtroom No. 6, Second Floor, Roman L. Hruska U.S. Courthouse, 111 So. 18th Plaza, Omaha, Nebraska:

　　- Motion to Withdraw as Attorney [43] filed by the defendant.

　　Since this is a criminal case, the defendant must be present, unless excused by the Court. The previously scheduled Change of Plea set for April 21, 2008 at 3:00 p.m. has been cancelled.

　　DATED this 18th day of April, 2008.

　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　s/ F.A. Gossett
　　　　　　　　　　　　　　United States Magistrate Judge