# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 8:07CR365 |
| vs. | ) | |
| | ) | **ORDER** |
| RAUL SANCHEZ-RIOS, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the defendant's motion to continue trial [49]. For good cause shown,

**IT IS ORDERED**:

1. The trial of this matter is continued to **June 17, 2008.**

2. In accordance with 18 U.S.C. § 3161(h)(8)(A), the court finds that the ends of justice will be served by granting this motion and outweigh the interests of the public and the defendant in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **May 13, 2008 and June 17, 2008**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act due to defense counsel's scheduling conflict and because counsel require additional time to adequately prepare the case, taking into consideration due diligence of counsel and the novelty and complexity of this case. The failure to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

3. The defendant shall file an affidavit or declaration regarding speedy trial in accordance with NECrimR 12.1 and/or 12.3 no later than **May 13, 2008.**

**DATED April 30, 2008.**

**BY THE COURT:**

**s/ F.A. Gossett**
**United States Magistrate Judge**